UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| AVELINO TAPIA, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN J. O'MALLEY, Commissioner of the Social Security Administration, <br><br> Defendant. | CAUSE NO.: 2:19-CV-264-TLS |

## OPINION AND ORDER

This matter is before the Court on the Plaintiff's Supplemental Motion for Approval of Attorney Fees Pursuant to 42 U.S.C.A. Section 406(b) [ECF No. 26], filed on February 22, 2024. The Commissioner filed a response taking no position on the motion. For the reasons stated below, the motion is GRANTED.

## BACKGROUND

On October 1, 2015, the Plaintiff filed an application for disability insurance benefits, alleging disability beginning on May 28, 2015. AR 65, ECF No. 9. After the Administrative Law Judge issued an unfavorable decision, the Plaintiff filed a Complaint in federal court, and the Court reversed and remanded the case for further proceedings. ECF No. 19. On October 18, 2021, the Court awarded the Plaintiff's attorney Equal Access to Justice Act (EAJA) fees in the amount of $9,500.00. ECF No. 23. Ultimately, the Social Security Administration awarded the Plaintiff past-due benefits, twenty-five percent of which was $53,392.72. *See* Notice of Award 3, ECF No. 24-1; Pl. Mot. 1–2, ECF No. 24. On June 20, 2023, the Court granted the Plaintiff's attorney's motion for an award of attorney fees under 42 U.S.C. § 406(b) in the amount of $46,192.72, with counsel to refund to the Plaintiff the $9,500.00 in EAJA fees previously

awarded. ECF No. 25. In the instant motion, the Plaintiff's attorney seeks an additional $20,146.50 in attorney fees under § 406(b) based on the award of past due benefits to the Plaintiff's auxiliary.

## ANALYSIS

The Plaintiff's counsel requests $20,146.50 in attorney's fees pursuant to 42 U.S.C § 406(b). The Social Security Act allows for a reasonable fee to be awarded both for representation at the administrative level, *see* 42 U.S.C. § 406(a), as well as representation before the Court, *see* 42 U.S.C § 406(b). *Culbertson v. Berryhill*, 139 S. Ct. 517, 520 (2019) (quoting *Gisbrecht v. Barnhart*, 535 U.S. 789, 794 (2002)). Under § 406(b), the Court may award a reasonable fee to the attorney who has successfully represented the claimant in federal court, not to exceed twenty-five percent of the past-due benefits to which the social security claimant is entitled. 42 U.S.C. § 406(b)(1)(A); *Gisbrecht*, 535 U.S. at 792. The reasonableness analysis considers the "character of the representation and the results the representative achieved." *Gisbrecht*, 535 U.S. at 808. Reasons to reduce an award include an attorney's unjustifiable delay or if the past-due benefits are large in comparison to the amount of time an attorney has spent on a case. *Id.*

In this case, the requested amount in attorney's fees is consistent with the contingency agreement as the agreement calls for payment of 25% of any past-due benefits awarded following court remand, including auxiliaries who are eligible for benefits on the Plaintiff's record due to work performed by counsel. *See* Retainer and Fee Agreement, ECF No. 26-2. Counsel represents that 48.0 attorney hours were spent in federal court on this case, resulting in an effective hourly rate of $1,382.07 based on the total attorney fee award of $66,339.22. *See* Pl. Mot. 2–3. This hourly rate is reasonable given the contingent nature of this case, the favorable past-due benefit award, and the benefit the Plaintiff and auxiliary will receive in future payments.

*See Long v. Saul*, No. 3:19-CV-155, 2021 WL 2588110, at *1 (N.D. Ind. June 24, 2021) (noting that an hourly rate of $1,711.96 is within the range of rates approved by courts); *Koester v. Astrue*, 482 F. Supp. 2d 1078, 1083 (E.D. Wis. 2007) (collecting cases showing that district courts have awarded attorney's fees with hourly rates ranging from $400 to $1,500).

## CONCLUSION

For the reasons stated above, the Court hereby GRANTS the Plaintiff's Supplemental Motion for Approval of Attorney Fees Pursuant to 42 U.S.C.A. Section 406(b) [ECF No. 26] and AWARDS attorney fees under 42 U.S.C. § 406(b) in the amount of $20,146.50.

SO ORDERED on March 8, 2024.

                                              s/ Theresa L. Springmann
                                              JUDGE THERESA L. SPRINGMANN
                                              UNITED STATES DISTRICT COURT